IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03236-GPG

MELEAHA R. GLAPION,

Plaintiff,

v.

SALLY JEWELL, Secretary, U.S. Department of the Interior,

Defendant.

---

ORDER ASSIGNING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be assigned to Magistrate Judge Michael E. Hegarty, as the presiding judge.

See D.C.COLO.LCivR 40.1(c)(1).  Accordingly, it is

ORDERED that this case shall be assigned to Magistrate Judge Michael E.

Hegarty, as the presiding judge.

DATED January 7, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
United States Magistrate Judge