IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03236-GPG

MELEAHA R. GLAPION,

    Plaintiff,

v.

SALLY JEWELL, Secretary, U.S. Department of the Interior,

    Defendant.

---

ORDER VACATING THE DECEMBER 2, 2014 ORDER AND
GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed a second Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), ECF No. 6. The Application indicates that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly it is

ORDERED that the December 2, 2014 Order, ECF No. 4, is vacated. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 6, is granted. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 3, is denied as moot. It is

FURTHER ORDERED that the Motion for Reconsideration, ECF No. 5, is denied as moot.

DATED January 8, 2015, at Denver, Colorado.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        LEWIS T. BABCOCK, Senior Judge
                        United States District Court