IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-01699-MEH | Date: | July 23, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                            *Counsel:*

MELEAHA R. GLAPION                                     Pro se

    Plaintiff,

v.

JULIAN CASTRO                                                  Timothy Jafek

    Defendant.

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-03236-MEH | Date: | July 23, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                            *Counsel:*

MELEAHA R. GLAPION                                     Pro se

    Plaintiff,

v.

SALLY JEWELL                                                   Timothy Jafek

    Defendant.

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-03237-MEH | Date: | July 23, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                            *Counsel:*

MELEAHA R. GLAPION                                     Pro se

    Plaintiff,

v.

JULIAN CASTRO                                                  Timothy Jafek

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE/MOTIONS HEARING**

**Court in session:   9:45 a.m.**

The Court calls case.   Appearances of counsel.

Discussion was held regarding the status of the plaintiff's brief in opposition to [106] Motion for Summary Judgment and [108] Partial Motion for Summary Judgment:

IT IS ORDERED that the plaintiff will provide a brief in opposition to the above motions on or before August 14, 2015.   The opposition is to follow the guidelines set forth by the Court in [129] Minute Order Striking Plaintiff's Brief in Opposition to the Motion for Summary Judgment by Magistrate Judge Michael E. Hegarty on July 8, 2015. The plaintiff is to cite with specificity to the exhibits referred to in her brief.

IT IS FURTHER ORDERED that the brief in opposition is limited to 100 pages and the plaintiff is to provide a paper copy of the brief and all cited exhibits to the Court and to opposing counsel. The plaintiff chose to submit one combined brief in opposition to both motions.

ORAL MOTION by the plaintiff to consolidate 1:14-cv-03236-MEH *Meleaha Glapion v. Sally Jewell* and 1:14-cv-03237-MEH *Meleaha Glapion v. Julian Castro* is DENIED.

**ORDERED:**

1:14-cv-03236-MEH *Meleaha Glapion v. Sally Jewell*
[36] Second Motion to Stay by Plaintiff is DENIED.

1:14-cv-03237-MEH *Meleaha Glapion v. Julian Castro*
[30] Second Motion to Stay by Plaintiff is DENIED.

**Court in recess:   10:19 a.m.**        (Hearing concluded)
Total time in court:     0:34

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.