IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03236-MEH

MELEAHA R. GLAPION,

      Plaintiff,

v.

SALLY JEWELL, Secretary, U.S. Department of the Interior,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2015.**

      Before the Court is Plaintiff's Motion to Compel Discovery Replies [filed November 4, 2015; docket #50], which the Court construes as a motion for an extension and **grants** as follows. The Court will require Defendant to respond to the October 26, 2015 discovery requests on or before **November 30, 2015**; however, Plaintiff may make no further discovery requests beyond those already asked of Defendant.  All other deadlines and conference dates remain the same.