IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03236-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

SALLY JEWELL, Secretary, U.S. Department of the Interior,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2016**.

    Before the Court are Plaintiff's Motion for Sanctions [filed January 27, 2016; docket #56] and [Amended] Motion for Sanctions [filed January 27, 2016; docket #57]. In both motions, Plaintiff seeks "an order imposing sanctions against Defendant for spoliation of evidence and abuses of discovery" then, in her prayer for relief, states simply that the Court's order requiring a response to Defendant's motion for summary judgment is "unjust, beyond Plaintiff's control, ability, and good faith." Plaintiff fails to identify any "sanction" she asks the Court to impose upon the Defendant and fails to explain how any "discovery abuse" by the Defendant causes the Court's order to file a response to the motion for summary judgment to become "unjust." Because the Court cannot discern the Plaintiff's requested relief here, the motions are **denied without prejudice**.